UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ROMAN MYKHAYLENKO,<br><br>Defendant. | No. CR17-300-RSL<br><br>[~~PROPOSED~~]<br><br>**ORDER OF FORFEITURE** |

THIS MATTER comes before the Court on the United States' Motion for Entry of an Order of Forfeiture ("Motion") seeking to forfeit, to the United States, the Defendant Roman Mykhaylenko's interest in the following property:

> A sum of money, in the amount of $9,050, representing the proceeds he obtained as a result of his Distribution of Heroin, in violation of 21 U.S.C. § 841(a)(1) and 841(b)(1)(C).

The Court, having reviewed the United States' Motion, as well as the other papers and pleadings filed in this matter, hereby FINDS entry of an Order of Forfeiture is appropriate because:

- The above-identified sum of money reflects proceeds of the Distribution of Heroin, which are forfeitable pursuant to 21 U.S.C. § 853;

Order of Forfeiture - 1
*U.S. v. Mykhaylenko*, CR17-300-RSL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

- In the plea agreement he entered on March 29, 2018, the Defendant agreed to forfeit the identified sum of money pursuant to 21 U.S.C. § 853 (Dkt. No. 36, ¶ 14); and,

- Fed. R. Crim. P. 32.2(c)(1) provides "no ancillary proceeding is required to the extent that the forfeiture consists of a money judgment."

NOW THEREFORE, THE COURT ORDERS:

1) Pursuant to 21 U.S.C. § 853 and his plea agreement, the Defendant's interest in the identified sum of money is fully and finally forfeited, in its entirety, to the United States;

2) No right, title, or interest in the identified sum of money exists in any party other than the United States;

3) Pursuant to Fed. R. Crim. P. 32.2(b)(4)(A)-(B), this Order will become final as to the Defendant at the time he is sentenced, will be made part of the sentence, and will be included in the judgment;

4) Pursuant to Fed. R. Crim. P. 32.2(e), in order to satisfy this sum of money, in whole or in part, the United States may move to amend this Order, at any time, to substitute property having a value not to exceed the amount of this sum of money; and,

5) This Court will retain jurisdiction in this case for the purpose of enforcing and amending this Order, as necessary.

IT IS SO ORDERED.

DATED this 18th day of June, 2018.

_____
THE HON. ROBERT S. LASNIK
UNITED STATES DISTRICT JUDGE

Order of Forfeiture - 2
U.S. v. Mykhaylenko, CR17-300-RSL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

Presented by:

*[signature]*

MICHELLE JENSEN
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, WA 98101
(206) 553-2242
Michelle.Jensen@usdoj.gov

Order of Forfeiture - 3
U.S. v. Mykhaylenko, CR17-300-RSL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970